# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

In re:

**Patricia L. Wright**, Debtor.

Case No. **25-50478**

Chapter 13 (Proposed Conversion to Chapter 11)

Hearing Date: September 3, 2025

Time: 9:30 a.m.

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
4:15p.m.
SEP - 2 2025
By _____
Deputy Clerk

## EMERGENCY MOTION TO REINSTATE OR CONVERT TO CHAPTER 11, REQUEST TO RECOGNIZE HARDSHIP & FEDERAL INVESTIGATION STATUS

NOW COMES Debtor Patricia L. Wright, appearing pro se, and respectfully moves this Court to:

1. Reinstate this Chapter 13 proceeding OR permit conversion to Chapter 11,
2. Accept this emergency filing and explanation for any late documentation (due to federal holiday and personal hardship), and
3. Take judicial notice of federal investigations and civil litigation affecting the Debtor's ability to reorganize at this time.

In support, Debtor states the following:

### 1. Procedural Background

- Debtor filed Chapter 13 bankruptcy on **August 18, 2025.**
- An **Emergency Motion to Stay and Oppose Relief from Stay** was filed and granted, resulting in a **hearing date of September 3, 2025.**
- Debtor was unable to fully complete required submissions due to **Labor Day Court Closure (September 1)**, severe financial hardship, and lack of counsel.

## 2. Financial Hardship and Good Faith Efforts

- Debtor has experienced extreme financial strain due to overlapping **state and federal legal proceedings**.
- Legal fees, lack of access to legal assistance, and pro se burdens have caused temporary delays in paperwork and plan formulation.
- Debtor is not acting in bad faith but is overwhelmed and seeking relief in good faith to protect her home and rights.

## 3. Federal Investigation of the Primary Creditor

- Debtor respectfully notifies the Court that **Select Bank**, a primary creditor in this case, is **under active federal investigation**.
- On or about **August 2025**, the **Federal Reserve Bank of Richmond** opened a matter concerning Select Bank following **referrals from the CFPB and FDIC**. Supporting documentation will be made available under seal if requested.
- The ongoing investigation may affect the enforceability of debts and conduct of secured creditors in this case.

## 4. Request to Reinstate or Convert

- Debtor respectfully asks the Court to:
    - **Reinstate this Chapter 13 case**, OR
    - Permit **conversion to Chapter 11** if deemed more appropriate due to the complexity of this estate.
- Debtor seeks **14–21 days** to cure filing deficiencies and proposes submitting either:
    - A revised Chapter 13 Plan, OR
    - A Motion to Convert to Chapter 11 with proposed reorganization outline.

## 5. Relief Requested

WHEREFORE, Debtor respectfully requests that the Court:

1. Reinstate this Chapter 13 proceeding OR permit conversion to Chapter 11;

2. Accept this emergency motion and late documents due to Labor Day holiday and financial hardship;
3. Recognize the pending federal investigation of Select Bank as material to this estate;
4. Grant a grace period of **14-21 days** to allow the Debtor to cure all outstanding deficiencies; and
5. Grant such other relief as is just and proper.

Respectfully submitted,
**Patricia L. Wright**
Debtor, Pro Se
C/O 3154 Afton Mountain Road, #81
Afton Virginia 22920
Pattywri1@gmail.com
434-987-4286
Date: September 2, 2025

*(signature)*