UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA, HARRISONBURG

FILED HARRISONBURG, VA
U.S. BANKRUPTCY COURT
3:18 PM
OCT 15 2025
By _____ AS
Deputy Clerk

In re: Patricia L. Wright, Debtor
Case No. 25-50478
Chapter 13 (conversion to Chapter 11 if needed)

# DECLARATION OF PATRICIA L. WRIGHT IN SUPPORT OF OMNIBUS MOTION TO PRESERVE JURISDICTION, PROTECT DEBTOR'S RIGHTS, AND MAINTAIN GOOD FAITH CHAPTER 13 STANDING

*(Filed in advance of hearing set for October 16, 2025)*

I, Patricia L. Wright, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

## 1. Background and Standing

I am the named **Debtor** in this matter, and also the **Trustee of a valid trust** that now holds title and equitable interest to the real property located at:
**12002 Jackson River Road, Monterey, VA 24465,** and my vehicle [2019 BMW 430i].

Additional real estate located in **Afton, VA** has also been conveyed to a trust, as previously disclosed.

These trusts are part of a lawful estate planning strategy and not for concealment or fraud. The conveyances were done to protect long-term interests and ensure proper financial reorganization. I reserve all rights to file the accompanying **Trust Certificate, Trust Receipt, and Claim of Interest** as soon as possible. I respectfully request the court to recognize this structure as part of my reorganization and not as cause for dismissal.

## 2. Payment Compliance and Good Faith

I have **initiated my TFS account** and have made every effort to begin payment as directed. Although I am **behind in schedule filings**, I am actively working to correct that — and will be submitting updated schedules and amended documents by the end of this week.

Due to financial hardship and a series of legal obstacles, including lack of counsel, I have been operating *pro se* and learning as fast as possible. However, I am now in communication with a bankruptcy attorney who has offered a **free consultation this week**. I respectfully request this court allow me the necessary **time to meet with counsel** and, if appropriate, either maintain Chapter 13 or convert to Chapter 11.

## 3. Intent to Cure and Use of Upcoming Funds

I am expecting **IRS tax refund funds** shortly and intend to use those funds to:

- Immediately **bring PennyMac mortgage current** (in part or in full);
- Pay current living expenses (including utilities and phone);
- Apply additional amounts toward creditor obligations and reorganization plan.

As part of this strategy, I propose to establish a **dedicated bank account** where my **tenant's rent** can be deposited and **PennyMac can auto-deduct** the mortgage going forward. This protects both the creditor and the estate.

## 4. Preserving Jurisdiction and Blocking Bad-Faith Actions

I respectfully object to any **motions for relief from stay** filed by:

- PennyMac
- United Bank
- Select Bank
- Patrick E. Berrang and/or counsel Jeffrey Ward
- Melissa Dowd, Esq.

These parties are involved in ongoing or recent litigation involving **allegations of mortgage fraud, title violations, and due process issues**, which are material to this bankruptcy.

I request this Court **stay or deny** any such motions pending full review of the amended filings and trust documents and allow this case to move forward in good faith.

## 5. Request for Continuance or Conversion (Not Dismissal)

I respectfully request this Court:

- Preserve this Chapter 13 case through the end of November 2025;
- OR, in the alternative, allow **conversion to Chapter 11**;
- AND deny or delay any motions for relief of stay pending further clarification and supplemental filings.

Dismissal or involuntary conversion to Chapter 7 would prejudice my ability to resolve the issues at hand and would unjustly benefit parties with ongoing misconduct allegations.

## 6. Conclusion

I am committed to proceeding in good faith and ask the Court for this brief additional time to stabilize filings, retain counsel, and advance reorganization efforts in alignment with the Bankruptcy Code.

Executed on: October 15, 2025
Respectfully submitted,

*[signature]*

Patricia L. Wright
Debtor / Trustee
c/o 3154 Afton Mountain Road, #81
Afton VA 22920